IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IHAB S. BARSOUM,

     Appellant,

v.

DEPARTMENT OF HEALTH,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-258

Opinion filed February 4, 2015.

An appeal from an order of the Department of Health.
Tammy Collins, Acting Director.

Ihab S. Barsoum, pro se, Appellant.

Jennifer A. Tschetter, General Counsel, and Therese A. Savona, Chief Appellate
Counsel, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.